1
2
3
4
5
6
7
8
9
10                 UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA
12                       SOUTHERN DIVISION
13
14
15  MASSACHUSETTS BAY                    CASE NO.: 8:21-cv-00607-DOC-JDE
    INSURANCE COMPANY,
16
               Plaintiff,                **AMENDED JUDGMENT
17                                       ADDING ADDITIONAL
         v.                              JUDGMENT DEBTORS**
18
    NEUROPATHY SOLUTIONS, INC.
19  dba SUPERIOR HEALTH CENTERS,
    RIGOBERTO BERNAL, an individual;
20  MARILENA BERNAL, an individual;
    and DOES 1-10, inclusive,
21
               Defendants.
22
23
24
25
26
27
28

On June 6, 2023, judgment was entered in favor of Massachusetts Bay Insurance Company's ("MBIC") and against Neuropathy Solutions, Inc. dba Superior Health Centers ("Neuropathy") in the amount of $2,000,000, plus prejudgment interest in the amount of $274,245.40, for a total money judgment in MBIC's favor of **$2,274,245**. (ECF Nos. 96, 100.) Further, the Court awarded MBIC's costs in the amount of **$3,171.46**. (ECF Nos. 96, 99-100.) The Court also awarded post-judgment interest calculated at **5.18 percent** on the total judgment for the amount of **$283.83** per day from June 6, 2023 until the judgment is satisfied. (ECF. Nos. 96, 100.)

On December 5, 2024, this Court granted an order to amend the judgment to add Vivienne Reign and Next Medical Technologies, Inc. dba Dr. Biz Boom as additional judgment debtors as of June 6, 2023. (ECF No. 130.)

The June 6, 2023 judgment, including the above-mentioned costs and prejudgment and post-judgment interest awards, is hereby amended to be in favor of MBIC and against Neuropathy; Vivienne Reign; and Next Medical Technologies, Inc. dba Dr. Biz Boom.

**JUDGMENT IS SO ENTERED**.

Dated: December 16, 2024

By: _David O. Carter_
JUDGE DAVID O. CARTER
United States District Court, Central District

-1-
**AMENDED JUDGMENT ADDING ADDITIONAL JUDGMENT DEBTORS**
**CASE NO. 8:21-CV-00607-DOC-JDE**